# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Bayfront Metal Products, LLC ) ASBCA Nos. 60756, 60757
)
Under Contract Nos. SPE4A4-13-V-F041 )
            SPE4A4-14-V-F270 )

APPEARANCE FOR THE APPELLANT:     Jeffrey R. Portko, Esq.
        Advocate Law Offices, PLLC
        Grand Rapids, MI

APPEARANCES FOR THE GOVERNMENT:     Daniel K. Poling, Esq.
        DLA Chief Trial Attorney
        Edward R. Murray, Esq.
        Trial Attorney
        DLA Aviation
        Richmond, VA

## ORDER OF DISMISSAL

These appeals arise from contracting officer's final decisions asserting government monetary claims under the captioned contracts. In an email dated 5 January 2017, appellant communicated its desire to withdraw these appeals in lieu of filing a complaint pursuant to Board Rule 6(a). The government has indicated that it does not object. Accordingly, these appeals are dismissed from the Board's docket without prejudice.

Dated: 23 February 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60756, 60757, Appeals of Bayfront Metal Products, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
